**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

HELEN ROBINSON,

    Plaintiff,

vs.                                              Case No. 3:14-cv-504-J-34JRK

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Dkt. No. 21; Report), entered on June 11, 2015. In the Report, Magistrate Judge Klindt recommends that the Commissioner's final decision be affirmed. See Report at 14. No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 21) of Magistrate Judge Klindt is **ADOPTED** as the opinion of the Court.

2. The Clerk of the Court is directed to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g) **AFFIRMING** the Commissioner's final decision and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 13th day of July, 2015.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record